# UNITED STATES DISTRICT COURT

for the
DISTRICT NEW HAMPSHIRE

| | | |
|---|---|---|
| **NICHOLAS GERARD VARGA** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:2026CV00492 |
| **UNITED STATES POST OFFICE & EMPLOYEES OF THE UNITED STATES POST OFFICE** | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF NONSERVICE

I, Andres Olaciregui, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Office of The U.S. Attorney General "Todd Blanche" as I could not find the subject or information as to the location of the subject's whereabouts.

Copy of Complaint & Summons to the US Attorney General

Serve Attempt #1
Date / Time: August 19, 2026 9:12 am
Address: 950 Pennsylvania Ave NW, Washington, DC 20530-0009
Photo: See Exhibits 1a, 1b, 1c below
Geolocation: https://google.com/maps?q=38.8943786621,-77.0249176025
Description of attempt: I spoke with a security guard. They stated that there is no personal service at the Department of Justice and all legal documents need to be mailed in. Observed no relevant details during this attempt. No additional contacts were made.

Total Cost: $98.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Washington, DC on 8/20/2026.

/s/ Andres Olaciregui

Signature

Andres Olaciregui
+1 (240) 398-7506



8/21/26


Exhibit 1a)
THE·PLACE·OF·JUSTIC
IS·A·HALLOWED·PL


Exhibit 1b)
5095
DOOSAN


Exhibit 1c)
U.S. DEPARTMENT OF
JUSTICE
MAKE AMERICA
SAFE AGAIN

# UNITED STATES DISTRICT COURT

for the
DISTRICT NEW HAMPSHIRE

| | | |
|---|---|---|
| **NICHOLAS GERARD VARGA**<br>*Plaintiff*<br>v.<br>**UNITED STATES POST OFFICE & EMPLOYEES OF THE UNITED STATES POST OFFICE**<br>*Defendant* | ) | Civil Action No. 1:2026CV00492 |

## AFFIDAVIT OF SERVICE

I, Shawn Borger, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to US Attorney District New Hampshire "Erin Creegan" in Merrimack County, NH on August 18, 2026 at 4:48 pm at 53 Pleasant St, Concord, NH 03301-3945 by leaving the following documents with Carol who as Receptionist is authorized by appointment or by law to receive service of process for US Attorney District New Hampshire "Erin Creegan".

COMPLAINT ~ Copy for US Attorney
SUMMONS IN A CIVIL ACTION
PROOF OF SERVICE
SUMMONS IN A CIVIL ACTION
PROOF OF SERVICE

Additional Description:
Service was served to the receptionist of the United States district attorney's office of New Hampshire. The receptionist name is Carol, Carol refused to give me her last name upon acceptance of serve.
Race: White, Sex: Female, Est. Age: 45-54, Hair: Gray, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=43.2027357533,-71.5392711261
Photograph: See Exhibit 1

Total Cost: $183.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT

Executed in

Rockingham County,

NH on 8/20/2026.

/s/ Shawn Borger

Signature
Shawn Borger
+1 (603) 919-0299

8/21/26


Exhibit 1a)

