# UNITED STATES DISTRICT COURT

for the
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **NICHOLAS GERARD VARGA**<br>*Plaintiff*<br>v.<br>**UNITED STATES POST OFFICE & EMPLOYEES OF THE UNITED STATES POST OFFICE**<br>*Defendant* | ) | Civil Action No. 1:2026CV00492 |

## AFFIDAVIT OF SERVICE

I, Andres Olaciregui, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to USPS Headquarters in District of Columbia County, DC on August 19, 2026 at 1:58 pm at 475 Lenfant Plz SW, Washington, DC 20260-0001 by leaving the following documents with Rolanda Richardson who as Legal Technician is authorized by appointment or by law to receive service of process for USPS Headquarters.

COMPLAINT - JURY TRIAL DEMANDED –
SUMMONS IN A CIVIL ACTION — Copy of the NRLCA
PROOF OF SERVICE
SUMMONS IN A CIVIL ACTION - USPS HEADQUARTERS
PROOF OF SERVICE
Race: Black or African American, Sex: Female, Est. Age: 45-54, Hair: Black, Glasses: Y, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.8835830688,-77.0263977051
Photograph: See Exhibit 1

Total Cost: $98.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF

AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Falls Church,

VA on 8/20/2026.

/s/ Andres Olaciregui

Signature
Andres Olaciregui
+1 (240) 398-7506

8/21/26


Exhibit 1a)
475
UNITED STATES POSTAL SERVICE



Exhibit 1b)