# UNITED STATES DISTRICT COURT

for the
DISTRICT NEW HAMPSHIRE

| | | |
|---|---|---|
| **NICHOLAS GERARD VARGA**<br>*Plaintiff*<br>v.<br>NRLC A<br>**UNITED STATES POST OFFICE & EMPLOYEES OF THE UNITED STATES POST OFFICE**<br>*Defendant* | ) | Civil Action No. 1:2026CV00492 |

## AFFIDAVIT OF SERVICE

I, Mark Hagood, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to National Rural Letter Carriers Association in Alexandria City County, VA on August 18, 2026 at 10:03 am at 1630 Duke St, Fl 4, Alexandria, VA 22314-3426 by leaving the following documents with Terence Lee who as Director of Operations is authorized by appointment or by law to receive service of process for National Rural Letter Carriers Association.

COMPLAINT — Jury Trial Demanded
SUMMONS IN A CIVIL ACTION - NATIONAL RURAL LETTER CARRIERS ASSOCIATION
PROOF OF SERVICE
SUMMONS IN A CIVIL ACTION - USPS HEADQUARTERS — Copy
PROOF OF SERVICE
Race: Black or African American, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.8128719,-77.0618856
Photograph: See Exhibit 1

Total Cost: $103.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF

AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Arlington County,

VA on 8/19/2026.

/s/ *Mark Hagood*

Signature
Mark Hagood
+1 (202) 710-1333

8/21/26


Exhibit 1a)
1630